QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John W. Baumann (Bar No. 288881)
  jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Stacylyn M. Doore (*pro hac vice forthcoming*)
  stacylyndoore@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

Nathan Archibald (*pro hac vice forthcoming*)
  nathanarchibald@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121-6950
Telephone:   (801) 515-7300
Facsimile:   (801) 515-7400

*Attorneys for Defendant Extend, Inc.*

BALLARD SPAHR LLP
Stephanie Sheridan (Bar No. 135910)
  sheridans@ballardspahr.com
Meegan B. Brooks (Bar No. 240418)
  brooksm@ballardspahr.com
Jason C. Hamilton (Bar No. 267968)
  hamiltonj@ballardspahr.com
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone:   (415) 318-2770
Facsimile:   (424) 731-8301

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL FLOWERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EXTEND, INC.,<br><br>    Defendant. | Case No. 4:26-CV-01176-HSG<br><br>**JOINT STIPULATION REQUESTING VACATUR OF CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-2 and 7-12, plaintiff Michael Flowers and defendant Extend, Inc. hereby stipulate and agree to the following:

WHEREAS, on April 16, 2026, the Court scheduled an Initial Case Management Conference for June 30, 2026 (Dkt. 15) in this matter;

WHEREAS, on June 12, 2026, defendant filed a Motion to Compel Arbitration, Motion to Dismiss, and Motion to Strike Class Allegations (the "Motion") (Dkt. 16);

WHEREAS, the Motion was noticed for hearing on July 30, 2026 and re-noticed for hearing on August 27. 2026 (Dkt. 21);

WHEREAS, the parties have conferred and agreed that, in light of defendant's motion to compel arbitration, the case management conference should be continued until that motion is resolved. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) (holding a district court must stay its proceedings pending appeal of arbitrability issues); *see also Olson v. World Fin. Grp. Ins. Agency, LLC*, 2025 WL 2243646, at *1 (N.D. Cal. Aug. 6, 2025) (granting stay "pending resolution of a motion to compel arbitration, because if that motion is granted, the arbitrator will have the authority to determine the nature and scope of discovery").

WHEREAS, the parties have further conferred and agreed that a modest extension of the briefing schedule for the Motion will promote efficiency, conserve party and judicial resources, and facilitate ongoing discussions regarding the issues raised by the Motion;

WHEREAS, the parties therefore jointly request that plaintiff's opposition to the Motion be due on July 13, 2026, and that defendant's reply in support of the Motion be due on August 12, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that (1) the Initial Case Management Conference currently scheduled for June 30, 2026, be vacated and continued to a date after the Court's resolution of Defendant's Motion; (2) plaintiff's opposition to defendant's Motion shall be due on July 13, 2026; and (3) defendant's reply in support of its Motion shall be due on August 12, 2026.

**IT IS SO STIPULATED.**

JOINT STIPULATION REQUESTING VACATUR OF CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION

DATED:  June 15, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ John W. Baumann

John W. Baumann
Stacylyn M. Doore
Nathan Archibald

BALLARD SPAHR LLP
Stephanie Sheridan
Meegan B. Brooks
Jason C. Hamilton

*Attorneys for Defendant Extend, Inc.*

KALIELGOLD PLLC

By   /s/ Amanda J. Rosenberg

Amanda J. Rosenberg (CA 2785070
*Attorneys for Plaintiff*

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for Plaintiff has concurred in this filing.

By    /s/ John W. Baumann

John W. Baumann

JOINT STIPULATION REQUESTING VACATUR OF CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, the Court GRANTS the request.

1.      The Initial Case Management Conference currently scheduled for June 30, 2026, is VACATED.

2.      Plaintiff's opposition to Defendant's Motion to Compel Arbitration, Motion to Dismiss, and Motion to Strike Class Allegations shall be filed no later than July 13, 2026.

3.      Defendant's reply in support of its Motion shall be filed no later than August 12, 2026.

4.      The Court will reset the Case Management Conference, if necessary, following resolution of Defendant's Motion.

**IT IS SO ORDERED.**

DATED:  6/16/2026

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES JUDGE