Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
Amanda J. Rosenberg (SBN 278507)
*arosenberg@kalielgold.com*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

Sophia G. Gold (SBN 307971)
*sgold@kalielgold.com*
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiff Michael Flowers*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL FLOWERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTEND, INC.,<br><br>Defendant. | Case No. 4:26-CV-01176-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S CONSOLIDATED MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS OR STRIKE CLASS ALLEGATIONS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Michael Flowers, and Defendant Extend, Inc. ("Extend") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation pursuant to Local Rules 6-2 and 7-12.

WHEREAS, on July 7, 2026, pursuant to the Parties' prior joint stipulation (Dkt. 34), the Court entered an order (Dkt. 37) setting the following schedule: (i) Extend's deadline to respond to Plaintiff's First Amended Complaint (Dkt. 35) (the "FAC") was August 3, 2026; (ii) Plaintiff's deadline to respond to Extend's anticipated motion was August 31, 2026; and (iii) Extend's deadline to file any reply was September 21, 2026;

WHEREAS, on August 3, 2026, Extend timely filed its Consolidated Motion to Compel Arbitration Or, In The Alternative, To Dismiss Or Strike Class Allegations In Plaintiff's First Amended Complaint (Dkt. 41) (the "Motion") and corresponding Request for Judicial Notice (Dkt. 42) ("RJN"), noticed for hearing on October 8, 2026, at 2:00 p.m.;

WHEREAS, counsel for Plaintiff experienced an unforeseen, serious family medical emergency that required counsel's sustained personal attention beginning in mid-August 2026 impairing counsel's ability to prepare Plaintiff's opposition to the Motion during that period;

WHEREAS, that family medical emergency has now been resolved, and counsel for Plaintiff is able to resume work on this matter, but requires additional time to adequately research and prepare Plaintiff's opposition to the Motion and RJN;

WHEREAS, this is the Parties' first request to modify the briefing schedule on the Motion and RJN, and the requested extension is made in good faith and not for purposes of delay;

WHEREAS, the Parties have conferred and agree that the following modified schedule is appropriate and will not otherwise affect the case schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

## **STIPULATION**

1. Plaintiff's deadline to file his opposition to the Motion and RJN shall be extended from August 31, 2026, to September 14, 2026;

2. Extend's deadline to file any reply in support of the Motion and RJN shall be extended from September 21, 2026, to October 5, 2026; and

3. The hearing on the Motion, currently noticed for October 8, 2026, at 2:00 p.m., shall be continued to October 22, 2026, at 2:00 p.m., or to such other date thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: August 28, 2026

**KALIELGOLD PLLC**

By: */s/ Amanda J. Rosenberg*
Jeffrey D. Kaliel
Sophia G. Gold
Amanda J. Rosenberg
*Attorneys for Plaintiff Michael Flowers*

Dated: August 28, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Nathan Archibald*
John W. Baumann
Stacylyn M. Doore
Nathan Archibald

BALLARD SPAHR LLP
Stephanie Sheridan (Bar No. 135910)
sheridans@ballardspahr.com
Meegan B. Brooks (Bar No. 240418)
brooksm@ballardspahr.com
Jason C. Hamilton (Bar No. 267968)
hamiltonj@ballardspahr.com
71 Stevenson St., Suite 400
San Francisco, CA 94105

*Attorneys for Defendant Extend Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/28/2026

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES JUDGE